UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MARIA BARQUIN, et al., : CASE NO. 12-cv-24180-JLK

Plaintiffs,

vs.

MONTY's SUNSET, LLC,

Defendant.

## ORDER GRANTING PLAINTIFFS' MOTION TO AMEND

**THIS CAUSE** come to be heard on Plaintiffs' Motion To Amend The Complaint, and Defendant not filing a response and the Court having reviewed the motion, the file, and being otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Plaintiffs' motion is GRANTED. The 1st Amended Complaint ~~is~~ shall be filed ~~and served as is~~ within 10 days and Defendant shall respond to the 1st Amended Complaint within twenty (20) days after filing ~~hereof~~.

**DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida this 28th day of March, 2013.

[signature]

~~JAMES LAWRENCE KING, SR.~~ Chris McAliley
U.S. ~~DISTRICT COURT~~ Magistrate JUDGE

Copies provided:
All counsel of record.