UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GENERAL DIVISION
CASE NO. 12-24180  CIV- KING
MAGISTRATE JUDGE : MCALILEY

MARIA BARQUIN; NATASHA WATSON;
JESSICA OLIVER; LUCIANA LOCOBARA ;
JASMINE TELSIE; and NATALIA PENA-
MONSIEVHAN

    Plaintiffs
vs.

MONTY'S SUNSET, LLC..

    Defendant

## DEFENDANT'S SUPPLEMENTAL DISCLOSURES

Defendant, MONTY'S SUNSET, LLC., by and through undersigned counsel, hereby serves its Supplemental Disclosures upon Plaintiffs, and states:

### I.
### PERSONS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT DEFENDANT MAY USE TO SUPPORT ITS DEFENSES

(1)    Defendant MONTY'S SUNSET, LLC., c/o Donald Jaret, P.A..

(2)    Matt Johnson, c/o Donald Jaret, P.A..

(3)    Trish Johnson, c/o Donald Jaret, P.A..

(4)    James Reccio, c/o Donald Jaret, P.A..

(5)    Irina Zevallos, c/o Donald Jaret, P.A..

(6)    Amanda Diaz, c/o Donald Jaret, P.A..

(7)    Laurie powell, 20 Island Ave., Miami Bch, Fl. 33139.

(8)    Khristo Aleksiev, c/o Donald Jaret, P.A..

    (9)    All current and former employees of Defendant.

    (10)    All witnesses on Plaintiff's Witness List.

    (11)    Records Custodian(s) of Defendant.

    (12)    Impeachment and rebuttal witnesses.

Defendant reserves the right to supplement this witness list as additional witnesses are identified through discovery.  Upon such identification, Defendant will notify Plaintiff as to the identity of such witnesses.

Witnesses 1-6 possess information as to Plaintiff's hiring, termination and job performance, Defendant's payroll practices, the defenses raised herein, the handbook, the policies and procedures of Defendant including the scheduling practices and performance of employees.  Witnesses 7-8 possess information relating to Defendant's handbook and its distribution to employees, the policies and procedures of Defendant including the scheduling practices and performance of employees.

## II.

## DOCUMENTS THAT DEFENDANT MAY USE TO SUPPORT ITS DEFENSES

    (1)    Personnel file of Plaintiffs.

    (2)    Company and employee manuals and handbooks.

    (3)    Disciplinary records of Plaintiffs.

    (4)    All documents exchanged by the parties as part of their required initial exchanges.

    (5)    All discovery responses (Interrogatories, Requests for Production and Admissions) of Plaintiff.

    (6)    Tax returns of Plaintiffs.

(7) Unemployment records, transcripts, and correspondence of plaintiffs

(8) Pre and Post employment earning and employment records of Plaintiffs.

(9) Time and payrol records of Plaintiffs.

(10) Deposition transcripts of unavailable witnesses.

(11) All pleadings and other court filings of Plaintiffs.

(12) Defendant reserves the right to supplement this list of documents as additional documents are identified through discovery.  Upon such identification, Defendant will notify Plaintiff as to the identity of such documentation.

On even date herewith Defendant has transmitted via U.S. Mail to Counsel for Plaintiff the documents listed above ( other than item 2).  Item 2 above has been transmitted to Counsel for Plaintiffs via e mail.

### III.
### COMPUTATION OF ANY CATEGORY OF DAMAGES AND INSURANCE AGREEMENTS

Defendant denies Plaintiffs are entitled to any damages herein.  There are no insurance agreements relating to the claims made herein.

        Respectfully submitted,
**LAW OFFICES OF DONALD J. JARET, P.A.**
*Counsel for Defendant*
2790 La Bella Ct..
Henderson, Nv. 89052
Tel:  (305) 740-3383
Fax: (305) 390-8728

BY:   s/ DONALD JARET
      Donald J. Jaret, Esq.
      Florida Bar No. 296163


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 4, 2013, I electronically filed the foregoing document with the Clerk using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

    S/ Donald Jaret
DONALD J. JARET