**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 12-cv-24180-JLK

MARIA BARQUIN;
NATASHA WATSON;
LUCIANA LOCOBARA;
JASMINE TELSIE; and
NATALIA PENA-MONSIEVHAN

Plaintiffs,

v.

MONTY'S SUNSET, L.L.C.,

Defendant.
_______________________________________/

# ORDER OF FINAL JUDGMENT

THIS CAUSE comes before the Court upon its Order Granting Defendant's Motion for Summary Judgment (D.E. 63) entered on October 2, 2013. In accordance with the Order Granting Summary Judgment, it is **ORDERED, ADJUDGED and DECREED** that the Court hereby enters **FINAL JUDGMENT** against

1. Plaintiff Maria Barquin,
2. Plaintiff Natasha Watson,
3. Plaintiff Luciana Locobara,
4. Plaintiff Jasmine Telsie, and

5. Plaintiff Natalia Pena-Monsievhan.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 2nd day of October, 2013.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Cc: All counsel of record